UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff

v.

                              Case No. 21-3079
                              Originating No. 3:21-cr-36-31

SEAN DENARD ADAMS

    aka Ghost,

        Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SEAN DENARD ADAMS,** to answer to charges pending in another federal district, and states:

    1. On **October 12, 2021** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on a Superseding Indictment. Defendant is charged in that district with violation of 21 U.S.C. §§841(a)(1), (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; 21 U.S.C. §841(a)(1) and (b)(1)(C) and Forfeiture Allegation.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Barbara Lanning
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Barbara.lanning@usdoj.gov
(313) 226-9103

Dated: October 12, 2021